Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__10__ _ District of ~~Missouri~~ Kansas

~~Eastern~~ Division

FILED
U.S. District Court
District of Kansas

JUL 05 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Darrion Branscomb
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

" See attached "

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   23-3159-JWL

*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# Attachment 1
## List of Defendants

1.) Nurse Troll
2.) Nurse Dunham
3.) Nurse Hannah
4.) Correctional Officer Lock
5.) Correctional Officer Long
6.) Correctional Officer Allen
7.) Captain Iheller
8.) Doctor Auelupp
9.) Doctor Clark
10.) J. Revier - Health Administrator
11.) Viscon - Health Administrator

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Darrion Branscomb

All other names by which you have been known:

ID Number 47369-044

Current Institution FMC Rochester, MN

Address P. O. Box 4600

City Rochester State MN Zip Code 55903

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name J. Revier

Job or Title *(if known)* Health Administrator

Shield Number

Employer Bureo of Prisons

Address 1300 Metropolition Ave

City Leavenworth State KS    Zip Code 66101

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

Name Viscon

Job or Title *(if known)* Health Administrator

Shield Number

Employer Burea of Prisons

Address 1300 Metropolition Ave

City Leaven worth State KS    Zip Code 66101

[✓] Individual capacity    [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name Captain Keller

Job or Title *(if known)* Captain

Shield Number

Employer BOP

Address 1300 Metropolition Ave

City Leavenworth State KS    Zip Code 66101

☑ Individual capacity    ☐ Official capacity

Defendant No. 4

Name Mrs. Hannah

Job or Title *(if known)* Nurse RN

Shield Number

Employer BOP

Address 1300 metropolition Ave

City Leavenworth State KS    Zip Code 66101

☑ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Medical Negligence

Attachment 2

Defendant No S:

Name - Dunham

Job or Title - RN Nurse

Employer - Burea of Prisons

Address - 1300 metropolition Ave
            Leavenworth, KS 66101
   [✓] Individual Capacity  [ ] Official capacity


Defendant 6

Name - Lock

Job or Title - Correctional Officer

Employer - Burea of Prisons

Address - 1300 metropolition Ave
            Leavenworth, KS 66101
   [✓] Individual Capacity  [ ] Official Capacity


Defendant 7

Name - Clark

Job or Title - Doctor M.D

Employer - Burea of Prisons

Address - 1300 metropolition Ave
            Leavenworth, KS 66101
   [✓] Individual Capacity  [ ] Official Capacity

Attachment 3

Defendant 8

Name: Auelupp

Job or Title: Doctor M.D

Employer: Burea of Prisons

Address: 1300 Metropolition Ave
        Leavenworth, KS 66101

☒ Individual Capacity ☐ Official Capacity

Defendant 9

Name: Long

Job or Title: Correctional Officer

Employer: Burea of Prisons

Address: 1300 Metropolition Ave
        Leavenworth, KS 66101

☒ Individual Capacity ☐ Official Capacity

Defendant 10

Name: Allen

Job or Title: Correctional Officer

Employer: Burea of Prisons

Address: 1300 Metropolition Ave
        Leavenworth, KS 66101

☒ Individual Capacity ☐ Official Capacity

Attachment 4
Defendant 11
Name: Troll
Job or Title: Registered Nurse
Employer: Burea of Prisons
Address: 1300 Metropolition Ave
Leavenworth, KS 66101
[☑] Individual Capacity [ ] Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

In January of 2021 while at USP Leavenworth Kansas

See Attachment Compassionate Release

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

January 2021 a.m.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Nurse Hannah - Came to visit me in the Shu and ignored every complaint over medical needs along with Nurse Dunham. Correctional Office Lock witnessed me falling in the middle of the dayroom and ignored my chest pain complaints. along with Correctional Officer Long. both witnessed me falling numerous times and ignored my request for medical needs. Correctional Officer Allen stated that I was bullshitting when I said I needed medical care over chest pain. See Attachment 5

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Histoplasmosis, Vitamin D defiency, Epilepsy/Seizure Disorder, Myasthenia grovis, Disorder of Brain, Astigmatism, muscle weakness

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive Damages - $15 million - medical care, after-care, Therapy, counseling, medical Supplies

Actual Damages - $16 million - Defiences, Pain+suffering

Attachment 5

Captain Keller beat my chest to where I started crying and told me to stop acting and to piss test me because he accused me of being dirty. They pissed test me numerous times and I was never dirty with anything. Captain Keller would not let me go to medical when I would fall out on the floor in the dayroom. I spoke with Warden Hudson at that time about my medical issues and he referred me to J. Revier which is the Health Admistrator. J. Revier stated that I was not in any place to where I would need medical attention and that I need to stop wasting medical staff attention. Health Administrator Viscon stated that there is nothing wrong with me that I need to wait for blood test to come back. Which if I was sent out to a outside specilist when I first started having symptoms in January 2021. They neglected to give me the the proper medical treatment and care when I first started. As my Compassionate Release stats with all my medical history and medical diagnusis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    USP Leavenworth Kansas

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? USP Leavenworth

2. What did you claim in your grievance? SEE Attachment

3. What was the result, if any? See Attachment

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

SEE Attachment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have a Tort Claim in the Courts but have not recieved a response

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.    Parties to the previous lawsuit

         Plaintiff(s)

         Defendant(s)

   2.    Court *(if federal court, name the district; if state court, name the county and State)*

   3.    Docket or index number

   4.    Name of Judge assigned to your case

   5.    Approximate date of filing lawsuit

   6.    Is the case still pending?

         ☐ Yes

         ☐ No

         If no, give the approximate date of disposition.

   7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 27, 2023

Signature of Plaintiff  Darrion Branscomb

Printed Name of Plaintiff Darrion Branscomb

Prison Identification # 47369-044

Prison Address FMC Rochester P.O. Box 4000

|  City | State | Zip Code |
| Rochester | MN | 55903 |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  City | State | Zip Code |

Telephone Number

E-mail Address